UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDMOND THOMAS,

    Plaintiff,

v.

BIG MUDDY RIVER CORRECTIONAL
CENTER and RANDAL MCBRIDE,

    Defendants.

Case No. 17-cv-1396-JPG-GCS

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 37) of Magistrate Judge Gilbert C. Sison recommending that the Court grant defendant Randal McBride's motion to dismiss the remaining claims in this case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute (Doc. 32) and dismiss this case with prejudice.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 37);

- **GRANTS** McBride's motion to dismiss the remaining claims in this case pursuant to Rule 41(b) for failure to prosecute (Doc. 32);

- **DISMISSES** the remaining claims in this case **with prejudice**; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   May 1, 2019**

                                             s/ J. Phil Gilbert
                                             **J. PHIL GILBERT**
                                             **DISTRICT JUDGE**